Stephen M. Doniger (SBN 179314)
stephen@donigerlawfirm.com
Scott A. Burroughs (SBN 235718)
scott@donigerlawfirm.com
DONIGER / BURROUGHS APC
300 Corporate Pointe, Suite 355
Culver City, California 90230
Telephone: (310) 590-1820
Facsimile: (310) 417-3538

Attorneys for Plaintiff Star Fabrics, Inc.

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>TARGET CORPORATION, a Minnesota Corporation; *et al.*,<br><br>    Defendants. | Case No.: CV12-8396 PA (AJWx)<br>*Honorable Percy Anderson Presiding*<br><br>**ORDER ON STIPULATION TO DISMISS DEFENDANT THE TJX COMPANIES, INC.** |

///

///

///

///

- 1 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT THE TJX COMPANIES, INC.

**ORDER:**

For good cause appearing, THE FOLLOWING IS HEREBY ORDERED:

1. Defendant The TJX Companies, Inc. is dismissed from this case without prejudice.
2. The parties to this stipulation will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.
3. This entire action is dismissed.

SO ORDERED.

Date: January 7, 2013          By: _____
                                     HONORABLE PERCY ANDERSON
                                     U.S. DISTRICT COURT

- 2 -

[PROPOSED] ORDER ON STIPULATION TO DISMISS DEFENDANT THE TJX COMPANIES, INC.